UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENIA M. HOWARD,<br><br>Defendant | Criminal No. 24cr10080<br><br>Violation:<br><br><u>Count One</u>: Theft Within Special Maritime and Territorial Jurisdiction<br>(18 U.S.C. § 661) |

<u>INFORMATION</u>

<u>COUNT ONE</u>
Theft Within Special Maritime and Territorial Jurisdiction
(18 U.S.C. § 661)

The United States Attorney charges:

From in or about September 2021 through in or about October 2022, in Jamaica Plain, in the District of Massachusetts, and elsewhere, the defendant,

EUGENIA M. HOWARD,

within the special maritime and territorial jurisdiction of the United States, that is, the Jamaica Plain Veterans Affairs Medical Center, did knowingly take and carry away, with intent to steal and purloin, personal property of others, that is, AFGE Local 2143, of a value exceeding $1,000, namely, union funds, having a value of approximately $14,904.08.

All in violation of Title 18, United States Code, Section 661.

JOSHUA S. LEVY
Acting United States Attorney

1

        By:    */s/ Laura J. Kaplan*
               LAURA J. KAPLAN
               ASSISTANT UNITED STATES ATTORNEY
               DISTRICT OF MASSACHUSETTS

Dated: April 2, 2024